JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JOEL YOUNG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY; and E*TRADE FINANCIAL EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN,<br><br>　　　　Defendants. | Case No: EDCV12-01498 VAP(SPx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# ORDER

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: Aug 20 2013

_____
Honorable Virginia A. Phillips
UNITED STATES DISTRICT JUDGE